02D03-2602-CT-000100
Allen Superior Court 3
Filed: 2/13/2026 12:58 PM
Clerk
Allen County, Indiana
JV

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO.____________________ |

TAMMY F. BRACKNELL, )
)
Plaintiff, )
)
v. )
)
RES-CARE INC d/b/a VOCA OF )
INDIANA, LLC, )
)
Defendants. )

## COMPLAINT

Plaintiff alleges against the Defendant(s) that:

1. The Plaintiff Tammy F. Bracknell is a Caucasian female alleges that she was discriminated against and discharged on account of her race (White/Caucasian) in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq* ("Title VII"), and 42 U.S.C. § 1981 which prohibits employers from discriminating against individuals on account of their race and color and specifically prohibits employers from discriminating against individuals on account of their race and color and specifically prohibits employers from discriminating against employees with respect to the terms, conditions, benefits, (including contractual benefits of at – will employment). Plaintiff filed a Charge of Discrimination No. 24D-2025-00059 on or about November 19, 2024, a copy of which is attached hereto, made a part hereof, and incorporated herein as Exhibit A. The Equal Employment Opportunity Commission ("EEOC") issued a Determination of Charge/Notice of Right to Sue on or about November 17, 2025, (Exhibit B), and this Complaint has been filed within 90 days after receipt.

Plaintiff contends that she was discriminated against, retaliated against, and terminated on account of her race and color (Caucasian/White) and was denied the same contractual benefits of employment as African Americans/Black individuals in that:

a. Plaintiff reported black individuals smoking weed and committing other violations, but they did not get reprimanded or disciplined for it.

b. Management told Plaintiff that if she committed the same offenses (smoking weed, not doing progress notes, not checking water temp, not performing buddy checks), then she would be fired, but similarly situated Blacks were not fired.

c. Black employees would eat client's snacks' and not be punished or reprimanded.

e. African American/Blacks often times failed to clean the premises and floor, but no corrective action was ever taken

f. Around November 1, 2024, Plaintiff reported employees (African Americans) who were smoking weed to top Manager (Jayla) - - but Complainant was told that nothing could be done unless she smoked weed with the offenders, and then she, too, would be terminated.

g. Around November 5, 2024, another manager (Kaitly) angrily told Plaintiff that she should not have gone to Jayla. Shortly thereafter Plaintiff was suspended. Management pretextually and falsely criticized Plaintiff for having good and caring relationships with her clients. Donta Johnson (one of the employees Plaintiff had reported as committing violations) made up a story about Plaintiff stating that she would put her head on the chest of a male client - - Plaintiff denied this accusation which was only brought up after Plaintiff had reported Donta Johnson for various infractions, Donta Johnson and the decision makers were all African American/Black.

h. Around November 8, 2024, Plaintiff was told that she was still under investigation and would have to wait. Plaintiff received a call around November 19, 2024, and was asked to come into Res-Care. Plaintiff was asked if she had ever threatened staff, and Plaintiff said "No" which was the truth. Plaintiff was asked additional questions - - had she ever laid hands on a client. The next day, November 20, 2024, Plaintiff was called and told that she was terminated for harassment of the fellow staff members and threatening clients. These were false and pretextual reasons. The fact is that Plaintiff was terminated because of race discrimination and retaliation for reporting the discrimination.

2. Plaintiff's termination and experiences of retaliatory behavior were in violation of Title VII and 42 U.S.C. § 1981.
3. The actions of the Defendant were intentional and in reckless disregard of Plaintiff's Federally protected Civil Rights under Title VII and § 1981. Plaintiff suffered pecuniary damages, loss wages and benefits, emotional distress, humiliation, embarrassment, financial distress, inconvenience, and other damages and injuries. Plaintiff seeks compensatory damages and punitive damages in that Defendant's actions were intentional and indeliberate indifference to Plaintiff's federally protected rights. Defendant Res-Care Inc d/b/a Res-Care Community living does business at 4410 Executive Blvd, Fort Wayne, Indiana, 46808; "Res-Care's" primary corporate address is 805 N. Whittington Pkwy., Suite 400, Louisville KY, 40222. Defendant VOCA of Indiana, LLC d/b/a ResCare (also Plaintiff's employer) has a primary corporate address of 805 N. Whittington Pkwy, Suite 400, Louisville, KY 40222. The Registered Agent for Res – Care, Inc ad VOCA of Indiana, LLC is Corporation Service Company 135 North Pennsylvania St, Suite 1610, Indianapolis, IN 46204. Both Res-Care, Inc and VOCA of Indiana, LLC are/were employers of the Plaintiff.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for pecuniary damages, compensatory damages, punitive damages, reasonable attorney's fees costs, and for all other just and proper relief available under Title VII and 42 U.S.C. § 1981.

**VERIFICATION**



Doc ID: 2427942da9c7ab6260ebb003a4f2aa154d0ea757

Tammy F. Bracknell, swear and affirm under the penalties for perjury that the above oing representations are true and correct based upon my personal knowledge.

02 / 12 / 2026

Date

Tammy F. Bracknell

**JURY DEMAND**

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**MYERS & WALLACE, LLP**

*/s/Christopher C. Myers*
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone: (260) 424-0600
Facsimile: (260) 424-0712
E-mail: cmyers@myers-law.com
*Counsel for Plaintiff*



Doc ID: 2427942da9c7ab6260ebb003a4f2aa154d0ea757